The Mansfield Machine Works, a corporation under the laws of the State of Ohio, Appellant, vs. B. DuPree Hodge, Sheriff of Marion County, and *ex-fficio* administrator of Henderson Harvey, deceased, Appellee.

Appeal from Circuit Court, Marion county.

*John G. Reardon*, for Appellant.

No appearance for Appellee.

The bill in this cause was filled by the appellant against the apellee. There was decree for the defendant, and the complainant appeals.

Appeal dismissed because made returnable to a wrong term.

----

Merrill-Stevens Engineering Company, Appellant, vs. William Baya, as assignee of the Jacksonville, Santa Fe, Hard Rock Phosphate Company, Appellee.

Appeal from Circuit Court, Alachua county.

*H. H. Buckman*, for Appellant.

*R. H. Liggett*, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.